UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-6943-MWF(GJSx)**                               Dated: **December 20, 2017**

Title:      T.C. -*v*- Jerry Media, LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE

In light of the Notice of Settlement (and Request) filed December 15, 2017, the Court discharges the Order to Show Cause Re Lack of Prosecution [11] , and sets a hearing on Order To Show Cause Re Dismissal for **January 22, 2018 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**